LLOYD BAKER, ESQ.
Nevada Bar No. 6893
CHRISTIAN MORRIS, ESQ.
Nevada Bar No. 11218
**BAKER LAW OFFICES**
500 S. Eight Street, Las Vegas, NV 89101
(702) 360-4949
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cleve Wallace, individually,<br>Quintin Wallace, individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS;<br>NORTH LAS VEGAS POLICE DEPARTMENT<br> a political subdivision of the STATE OF NEVADA;<br>OFFICER SANTOS; OFFICER JACKSON;<br>OFFICER CORDOVA, individually and in<br>their capacity as police officers employed by the<br>City of North Las Vegas Police Department;<br>Doe Officers IV through X, inclusive and<br>JOHN DOES I through X, inclusive<br><br>       Defendants. | Case No.  :2:10-cv-01660 |

### EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS
### (SECOND REQUEST)

Plaintiffs, CLEVE WALLACE and QUINTIN WALLACE, by and through their attorneys, LLOYD W. BAKER, ESQ. and CHRISTIAN M. MORRIS, ESQ., of BAKER LAW OFFICE, hereby moves this Court pursuant to Federal Rules of Civil Procedure Rule 6(b)(1) (B) for an order extending the time limit for serving the Summons in this matter.

Plaintiff has been unable to serve Defendant, OFFICER CORDOVA, with the Summons and Complaint. Despite diligent efforts to locate and serve the Defendant, he has not been successfully served and the 120 day time limit imposed by FRCP Rule 4(I)(m).

/ / / /

Therefore Plaintiff moves this Court to extend the time limit for serving the Summons and Complaint. This Application is based upon the Affidavit attached hereto.

DATED this ___1st___ day of March, 2011.

                                                BAKER LAW OFFICES

BY: _____
LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
500 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____3-14-11_____

////

-2-

# AFFIDAVIT OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS (SECOND REQUEST)

STATE OF NEVADA )
) ss.:
COUNTY OF CLARK )

CHRISTIAN M. MORRIS, ESQ., being first duly sworn, states that affiant is the attorney for the Plaintiff in the above-entitled action; wherein a Complaint was filed and a Summons was directed to Defendant OFFICER CORDOVA was regularly issued; that the Defendant OFFICER CORDOVA is a necessary party to this action.

That service of process of the Summons and Complaint in this matter upon Defendant OFFICER CORDOVA was attempted at his last known place of employment, to wit: North Las Vegas Police Department, located at 1301 E. Lake Mead Blvd., N. Las Vegas, Nevada.

An Affidavit of Due Diligence has been filed with the Court to substantiate the above-mentioned facts (a copy of which is attached hereto for the Court's reference.)

That an Affidavit and Order for Service by Publication has been filed with Federal Court. Counsel was informed that said "Order for Service by Publication" must be submitted as a Motion to be identified as "Motion for Service by Publication", that counsel left a message with Quality Control Department to rename said Order.

/ / / /

/ / / /

1  Therefore, affiant requests that an Order be entered allowing Ex Parte Application to Extend Time for Service of Process to allow for the Order to be renamed as Motion and the Service by Publication to be effectuated (Second Request).

SUBSCRIBED and SWORN to before me this 1st day of March, 2011.

*(signature)*

NOTARY PUBLIC in and for
Said County of Clark and State of Nevada

*(Notary seal: Jeniffer Winget, Notary Public State of Nevada, No. 10-2063-1, My Appt. Exp. April 9, 2014)*

Respectfully Submitted By:

BAKER LAW OFFICES

BY: *(signature)*

LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No.: 11218
500 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff