NORTH LAS VEGAS CITY ATTORNEY
Jeffrey F. Barr, NV Bar No.7269
Acting City Attorney
Chris Davis, Bar No. 6616
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone:  (702) 633-1050
Facsimile:   (702) 649-8879

Attorneys for City of North Las Vegas,
North Las Vegas Police Department,
Officer Santos and Officer Jackson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLEVE WALLACE, individually, QUINTIN WALLACE, individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; NORTH LAS VEGAS POLICE DEPARTMENT, a political subdivision of the STATE OF NEVADA; OFFICER SANTOS; OFFICER JACKSON; OFFICER CORDOVA, individually and in their capacity as police officers employed by the City of North Las Vegas Police Department; Doe Officers IV through X, inclusive, and JOHN DOES I through X, inclusive,<br><br>        Defendants. | Case No.  2:10-cv-01660-LDG (LRL)<br><br>**JUDGMENT** |

The above-entitled matter having come before the Court for entry of Judgment pursuant to the Stipulation and Order (the "Stipulation") by Plaintiffs Cleve Wallace and Quintin Wallace and Defendants City of North Las Vegas, North Las Vegas Police Department, Officer Santos and Officer Jackson , and having considered the Stipulation and all papers, pleadings and documents on file herein, and the Court being fully advised,

00022793.WPD; 1 PD-0928

1   IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action against
2   Defendants is DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys'
3   fees incurred herein.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 1 Dec, 2011

8   Submitted by:
9   NORTH LAS VEGAS CITY ATTORNEY

11  By: /s/ Chris Davis
    Jeffrey F. Barr, Bar No. 7269
    Chris Davis, NV Bar No. 6616
12  2250 Las Vegas Blvd. North, Suite 810
    North Las Vegas, Nevada 89030

    Attorneys for City of North Las Vegas,
14  North Las Vegas Police Department,
    Officer Santos and Officer Jackson